|   |   |
|---|---|
| 1 | **KAUFMAN P.A.** |
| 2 | Rachel Kaufman |
|   | 237 S Dixie Highway 4th Floor |
| 3 | Coral Gables, Florida 33133 |
|   | 305-469-5881 |
| 4 | Email: Rachel@kaufmanpa.com |
| 5 | *Counsel for Plaintiff* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TERRY FABRICANT, individually and on behalf of all others similarly situated, | No.  8:21-cv-01157-PSG-JDE |
|---|---|
| Plaintiff, | **NOTICE OF RESOLUTION** |
| vs. | |
| MY HERO, INC. d/b/a PAGEHUB, | |
| Defendant. | |

Plaintiff Terry Fabricant ("Plaintiff"), for himself and on behalf of Defendant My Hero, Inc. d/b/a PageHub ("Defendant," and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter.  The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days.  In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

| | | |
|---|---|---|
| 1 | Dated: January 28, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | KAUFMAN P.A. |
| 4 | | |
| 5 | | By:/s/ Rachel Kaufman |
| | | Rachel Kaufman |
| 6 | | *Counsel for Plaintiff* |

2

# **CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 28, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated: January 28, 2022                KAUFMAN P.A.


                                       By:/s/ Rachel Kaufman
                                          Rachel Kaufman
                                       *Counsel for Plaintiff*