UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | 8:21-cv-01157-PSG-JDEx | Date | January 31, 2022 |
|---|---|---|---|
| Title | Terry Fabricant v. My Hero, Inc. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| W. Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION

The Court, having been advised by a Notice of Resolution [32] that the case has settled, hereby vacates the final pretrial conference set for today and orders that the action be dismissed without prejudice.

Further, the Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

Initials of Preparer   wh