1

**KAUFMAN P.A.**
Rachel E. Kaufman

2

237 S Dixie Highway 4th Floor
Coral Gables, Florida 33133

3

305-469-5881

4

Email: Rachel@kaufmanpa.com

5

*Counsel for Plaintiff*

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

TERRY FABRICANT, individually
and on behalf of all others similarly
situated,

No.  8:21-cv-01157-PSG-JDE

12

13

Plaintiff,

14

vs.

**NOTICE OF DISMISSAL**

15

MY HERO, INC. d/b/a PAGEHUB,

16

Defendant.

17

18

19

Plaintiff Terry Fabricant hereby provides notice of the dismissal of this action

20

21

with prejudice as to the Plaintiff's individual claims and without prejudice as to any

22

other member of the putative class's right to bring claims, with each party to bear its

23

own attorneys' fees and costs.

24

25

26

27

28

1

Respectfully Submitted,

2

3     Dated: March 23, 2022          By:  /s/ Rachel E. Kaufman
                                           Rachel E. Kaufman
4                                          rachel@kaufmanpa.com
                                           KAUFMAN P.A.
5                                          237 South Dixie Highway, 4th Floor
6                                          Coral Gables, FL 33133
                                           Telephone: (305) 469-5881
7

8                                      *Counsel for Plaintiff and all others similarly
                                       situated*
9

10

11                      **CERTIFICATE OF CM/ECF SERVICE**

12          The undersigned hereby certifies that a true and correct copy of the above and

13    foregoing document has been served on March 23, 2022, to all counsel of record who

14    are deemed to have consented to electronic service via the Court's CM/ECF system

15    per Federal Rules of Civil Procedure 5.

16     Dated: March 23, 2022              KAUFMAN P.A.

17

18                                        By:/s/ Rachel Kaufman
                                             Rachel Kaufman
19
                                          *Counsel for Plaintiff*
20

21

22

23

24

25

26

27

28